# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>ISMAEL ANTONIO MENDEZ a.k.a. "Tone"<br>and<br>DEREK LEON MANTILLA<br>a.k.a. "Chucky"<br>*Defendant(s)* | Case No. 1:15-MJ-559<br><br>**UNDER SEAL** |

*[Stamp: NOV - 3 2015, CLERK, U.S. DISTRICT COURT, ALEXANDRIA, VIRGINIA]*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __11/2014 - 2/2015__ in the county of __Arlington__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §1591(a) | Sex Trafficking of a Child |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:

Whitney D. Russell, AUSA

*Complainant's signature*
Peter Kaupp, Special Agent, (FBI)
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __11/03/2015__

/s/
Theresa Carroll Buchanan
United States Magistrate Jud
*Judge's signature*

City and state: __Alexandria, VA__

Hon. Theresa C. Buchanan, U.S. Magistrate Judge
*Printed name and title*