

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEREK LEON MANTILLA<br>a.k.a. "Chucky" | Case No. 1:16-CR-91 |

CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

Beginning in and around November 2014, and continuing through in and around February 2015, in the Eastern District of Virginia and elsewhere, the defendant DEREK LEON MANTILLA recruited, enticed, harbored, transported, provided, obtained, and maintained Minor Victim 1, knowing that Minor Victim 1 had not attained the age of 18 years and would be caused to engage in a commercial sex act.

(In violation of 18 U.S.C. Section 1591(a) and (b)(2).)

Dana J. Boente
United States Attorney

Date: 4/18/16                By: _____
                             Whitney Dougherty Russell
                             Assistant United States Attorney